IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE SUBPOENA TO TESLA, INC., SANMINA CORPORATION, AND SPACE EXPLORATION TECHNOLOGIES | § § § § § § § § § § § | CASE NO. _____ |

## ORDER REGARDING MOTION TO SUBPOENAS

Before the Court is ST's Customers' Motion to Quash Subpoenas. Having considered the motion and the response, the Court is of the opinion that the motion should be, and hereby is, **GRANTED**. The subpoenas to Tesla, Inc., Sanmina Corporation, and Space Exploration Technologies are quashed.

**IT IS SO ORDERED**:

Dated: _____, 2022

_____
United States District Judge