Generated: Dec 1, 2022 11:44AM                                                                                          Page 1/1



# U.S. District Court

### Texas Western - Austin

Receipt Date: Dec 1, 2022 11:44AM

Magic Couriers, Inc.
815-A Brazos
#276
Austin, Texas 78701

| Rcpt. No: 569 | | Trans. Date: Dec 1, 2022 11:44AM | | | Cashier ID: #CR |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 205 | Miscellaneous Filing Fees | | 1 | 49.00 | 49.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CH | Check | #8710 | 12/1/2022 | | $49.00 |
| | | | Total Due Prior to Payment: | | $49.00 |
| | | | Total Tendered: | | $49.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: 1:22-mc-1257 In Re Subpoenas to Tesla, Inc. et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov