IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO TESLA, INC., SANMINA CORPORATION, AND SPACE EXPLORATION TECHNOLOGIES | CASE NO. 1:22-mc-01257-RP |

## NOTICE OF VOLUTARY DISMISSAL

Non-Parties Tesla, Inc., Sanmina Corporation, and Space Exploration Technologies, (collectively, "Non-Parties") filed a Motion to Quash third-party subpoenas served by the plaintiff in the case of *The Trustees of Purdue University vs. STMicroelectronics International N.V., et al.,* Case No. 6:21-cv-727-ADA, which is pending in the Waco Division of the Western District of Texas (the "Underlying Case"). The Court in the Underlying Case ordered Non-Parties to file their motion to quash in the Underlying Case. Non-Parties have complied with the Court's order, having filed their motion to quash in the Underlying Case. Accordingly, to avoid duplicative motions, Non-Parties hereby voluntarily dismiss this action in its entirety without prejudice and with each party to bear their own attorneys' fees and costs. Non-Parties conferred with counsel for the Plaintiff in the Underlying Case, who confirmed that Plaintiff is unopposed to the withdrawal of this Motion to Quash and voluntary dismissal.

| | |
|---|---|
| Dated: December 8, 2022 | Respectfully submitted:<br><br>By: */s/ Justin S. Cohen*<br>**Justin S. Cohen**<br>SBN 24078356<br>Justin.Cohen@hklaw.com<br><br>**HOLLAND & KNIGHT LLP**<br>One Arts Plaza<br>1722 Routh St., Suite 1500<br>Dallas, Texas 75201<br>214.969.1700<br><br>**ATTORNEY FOR**<br>**NON-PARTIES TESLA INC., SANMINA CORPORATION, AND SPACE EXPLORATION TECHNOLOGIES** |

### CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2022, a true and correct copy of the foregoing was served upon all counsel for all parties via email.

*/s/Justin Cohen*
Justin S. Cohen