IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE SUBPOENA TO TESLA, INC., et al., | § § § § § § § § § | 1:22-CV-1257-RP<br><br>UNDERLYING PROCEEDING<br>CIVIL NO. 6:22-cv-727-ADA<br>UNITED STATES DISTRICT COURT<br>FOR THE WESTERN DISTRICT OF TEXAS |
| Movants, | | |

### ORDER

On December 8, 2022, Movants Tesla, Inc., et al filed a notice of voluntary dismissal of its motion to quash (Notice, Dkt. 2; Mot. Quash, Dkt. 1).

**IT IS ORDERED** that this Court's order of November 30, 2022, referring Movants' motion to quash, (Dkt. 1), is **VACATED**. As nothing remains to resolve, **IT IS ORDERED** that this action is closed.

**SIGNED** on December 9, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE